**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00175-CV

### BERNARD PATRUSKY, Appellant

### V.

### KENNETH BLOOMBERG AND MARILYN BLOOMBERG, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14821**

## ORDER

We **GRANT** appellant's December 10, 2014, second and final unopposed motion to extend time to file reply brief and **ORDER** the reply brief to appellees' briefs be filed no later than January 5, 2015.

/s/    CRAIG STODDART
       JUSTICE